IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SENRICK SHERN WILKERSON, ) | |
| ID # 10093432, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:17-CV-2436-M |
| ) | |
| DALLAS COUNTY DISTRICT COURTS, ) | |
|     Respondents. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petition for writ of mandamus is **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b).

In the event that the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* that is accompanied by a properly signed certificate of inmate trust account.

**SIGNED this 2nd day of November, 2017.**

BARBARA M. G. LYNN
CHIEF JUDGE